No. 09-9640. Manuel Banos, Petitioner v. California.

560 U.S. 911, 130 S. Ct. 3289, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 4073.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 178 Cal. App. 4th 483, 100 Cal. Rptr. 3d 476.

No. 09-9643. Otha James, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 911, 130 S. Ct. 3289, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 3958.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-9649. Michael McNeill, Petitioner v. Officer Ashley, et al.

560 U.S. 911, 130 S. Ct. 3289, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 4067.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-9651. Michael Terry, Petitioner v. Roger Walker, et al.

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 3950,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-9652. Eleazar Totten, Petitioner v. P. Johnson, et al.

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 4025.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 331 Fed. Appx. 214.

No. 09-9661. Sean Mattis, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 4070.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-9667. Cedrick L. Crawford, Petitioner v. Alabama.

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 4046.

May 17, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 57 So. 3d 203.

No. 09-9668. C. E. L., Petitioner v. Florida.

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 3924.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 24 So. 3d 1181.